NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: 775-784-5438
holly.a.vance@usdoj.gov

*Attorneys for Defendant Greg Novak, Assistant Division Administrator, Federal Highway Administration*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Steven Renck,<br><br>        Plaintiff,<br><br>    v.<br><br>Greg Novak, Assistant Division Administrator, Federal Highway Administration,<br><br>Kristina Swallow, Principal in Charge of I-11 Bypass Design Development, Nevada Department of Transportation,<br><br>Nevada Highway Patrol, PIO Trooper Travis Smaka, and<br><br>Rod Woodberry, Mayor, Boulder City, Nevada, Boulder City Hall,<br><br>        Defendants. | Case No. 3:19-cv-00622-RCJ-CBC<br><br>**Defendant Greg Novak's Motion for Extension of Time to Respond to Plaintiff's "Personal Injury Claim"** |

Defendant Greg Novak, Assistant Division Administrator, Federal Highway Administration ("Novak"), by and through undersigned counsel, hereby moves for an Order extending the time in which he is required to file a responsive pleading to Plaintiff's "Personal Injury Claim." Novak requests that the time be extended to November 24, 2019. The basis for this motion is as follows:

1

1. This action was originally brought in the First Judicial District Court of the State of Nevada in and for Carson City, Case No. A19 TRT 00064 1B, Dept. II. The named federal Defendant is Greg Novak, an employee with the United States Federal Highway Administration, a federal agency.

2. On October 10, 2019, Novak filed a Notice of Removal, removing the action from state court to federal District Court.

3. Rule 81(c) of the Federal Rules of Civil Procedure provides the time period to answer an initial pleading in a removed action. The time period provided is the later of 21 days after receipt or service of the initial pleading or seven days after the removal. However, a federal officer would ordinarily be permitted a response time of 60 days to respond pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure.

4. Service of the "Personal Injury Claim" was attempted on September 25, 2019. It is proposed, and requested, that the time within which to file a response to the "Personal Injury Claim" be extended to November 24, 2019—a date that is 60 days following the date of that attempted service.

5. The usual sixty-day response time is needed to meaningfully evaluate the allegations of the "Personal Injury Claim" and prepare a response to that pleading on behalf of Novak.

Respectfully submitted this 10th day of October 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney

IT IS SO ORDERED:

DATE: 10/11/2019

UNITED STATES MAGISTRATE JUDGE

2

## Certificate of Service

I, Holly A. Vance, hereby certify that service of the foregoing Defendant Greg Novak's Motion for Extension of Time to Respond to Plaintiff's "Personal Injury Claim" was made through the Court's Electronic Filing and Notice System (CM/ECF), and by sending a copy of the same by first class mail addressed to the following:

Steven Renck
10804 NE 19th Pl
Bellevue, WA 98004

Trooper Travis Smaka
Nevada Highway Patrol
4615 West Sunset Road
Las Vegas, NV 89118

Kristina Swallow
Nevada Department of Transportation
1263 South Stewart Street
Carson City, NV 89712

Rod Woodberry, Mayor
Boulder City Hall
401 California Avenue
Boulder City, NV 89005

Dated this 10th day of October 2019.

*s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney